UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA | **UNSEALING ORDER** |
| v. | 26 Cr. 329 (____) |
| AMY CHENG, <br>      a/k/a "Amy Zhou," <br> XIAO MEI CHAN, <br>      a/k/a "Carmen," <br> CHRISTINE LU, <br>      a/k/a "Lily," <br> JING YAN YE, <br>      a/k/a "Serene," <br> XIAO YAN CHEN, <br>      a/k/a "Anna," <br> GANG ZHENG, <br>      a/k/a "Michael," <br>      a/k/a "Mike," <br> ANTHONY CHENG, <br> MICHELLE DUENAS, <br> ANGELA DUENAS, <br> SIGRID CETINO, and <br> ERIKA JOHNSON, <br><br>            Defendants. | |

Upon the application of the United States, by the United States Attorney for the Southern District of New York, James M. McDonald, by Assistant United States Attorney Jake Sidransky;

It is found that the Indictment in the above-captioned case is currently sealed and the United States Attorney's Office has applied to have that Indictment unsealed, and it is therefore:

ORDERED that the Indictment in the above-captioned action be unsealed and remain unsealed pending further order of the Court.

Dated:    White Plains, New York
          August 12, 2026

_____
HONORABLE JUDITH C. MCCARTHY
CHIEF UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK